No. 411, Misc. SHOTKIN *v.* STANGARD-DICKERSON CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 167. UNITED STATES *v.* KAHRIGER, *ante,* p. 22;

No. 278. RAMSPECK ET AL. *v.* FEDERAL TRIAL EXAMINERS CONFERENCE ET AL., *ante,* p. 128;

No. 444. ORLOFF *v.* WILLOUGHBY, COMMANDANT, *ante,* p. 83; and

No. 524. PENNSYLVANIA THRESHERMEN & FARMERS' MUTUAL CASUALTY INSURANCE CO. *v.* V. L. PHILLIPS & Co., INC. ET AL., *ante,* p. 906. Petitions for rehearing denied.

No. 218. MARTINEZ *v.* NEELLY, SUCCESSOR TO JORDAN, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, 344 U. S. 916; and

No. 274. CO-ORDINATED TRANSPORT, INC. ET AL. *v.* BARRETT, SECRETARY OF STATE, ET AL., 344 U. S. 583. Petitions for rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 252, Misc. TATE *v.* CALIFORNIA, 344 U. S. 910. Second petition for rehearing denied.

No. 299, Misc., October Term, 1951. IVA IKUKO TOGURI D'AQUINO *v.* UNITED STATES, 343 U. S. 935. Motion for leave to file a second petition for rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

APRIL 13, 1953.

No. 511. CENTRAL RAILROAD CO. OF NEW JERSEY ET AL. *v.* DEPARTMENT OF PUBLIC UTILITIES, BOARD OF PUBLIC UTILITY COMMISSIONERS, OF NEW JERSEY. Appeal from